1   **Tricia Wang (CA Bar No: 178473)**
    LAW OFFICES OF TRICIA WANG
    39159 Paseo Padre Parkway, Suite 205
2   Fremont, CA 94538
    Telephone: (510) 791-0232
3   Fax: (510) 791-5609

E-FILING    FILED

ADR    2007 JAN 17 P 4: 20

4   Attorneys for Petitioners:    Yu CHEN
                    And her husband Bin ZHU
5

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6

7                **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
8                 **SAN JOSE, CALIFORNIA**

9   Yu CHEN                     )
10   And her husband Bin ZHU       )
                             )
11      Plaintiffs,               )
                             ) C07 Case No. 00312
12   vs.                      )
                             )
13   Alberto Gonzales, Attorney General of the    ) COMPLAINT FOR MANDAMUS
14   United States; Michael Chertoff, Secretary of the  ) (ADJUSTMENT OF STATUS)
    Department of Homeland Security; Emilio Gonzalez)
15   Director of United States Citizenship & Immigration)
    Services; Robert Meuller, Director of the Federal  )
16   Bureau of Investigations; Christina Poulos,    )
17   Acting Director of the California Service Center   )
                             )
18      Defendants              )
19   ——————————————————————)

20

21   The Plaintiffs Yu Chen and her husband Bin Zhu (hereinafter "Plaintiffs"), by and through their

22   undersigned counsel, hereby respectfully petition this Honorable Court for a Writ of Mandamus

23   to compel action on the adjustment of status application properly filed by Plaintiffs Bin Zhu

24

25   and Yu Chen.  The adjustment of status applications were filed and remains within the

26   jurisdiction of the Defendants, who have improperly withheld action on said application to

27   Plaintiffs' detriment.  In support of this petition, Plaintiffs alleges as follows:

28

**PARTIES**

1. Plaintiffs are residents of Santa Clara County.   Plaintiffs Yu Chen, Alien Registration Number A 97 856 652 and Bin Zhu, Alien Registration Number A 97 856 653 are adjustment of status applicants.

2. Alberto Gonzales is the U.S. Attorney General, and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Naturalization Act, and is further authorized to delegate such powers and authority to subordinate agency such as Federal Bureau of Investigation and subordinate employees of the Department of Justice.

3. Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity.

4. Defendant Christina Poulos is the Acting Director of the California Service Center, US Citizenship and Immigration Service. The California Service Center is responsible for adjudication of the adjustment of status application filed by the Plaintiff.

5. Robert Mueller is the Director of the Federal Bureau of Investigation.

6. Emilio Gonzalez is the Director of the United States Citizenship & Immigration Services.

**JURISDICTION**

7. This is a civil action brought pursuant to 28 USC § 1331 and 1361 to redress the deprivation or rights, privileges and immunities secured to Plaintiffs, by which jurisdiction is conferred, to compel Defendants and those working under them to perform duties they owe to the Plaintiffs.

8.    Jurisdiction is also conferred by 5 USC §704.  Plaintiffs are aggrieved by adverse agency action in this case, as the Administrative Procedures Act requires in order to confer jurisdiction on the District Court.  5 USC §702.

9.    Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act. 5 USC §504, and 28 USC 2412(d).

## VENUE

10.   Venue is the Northern District of California is proper pursuant to Title 28 USC Section 1391 (e) (2) in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

11.   Plaintiffs have exhausted their administrative remedies.   Plaintiffs have made numerous inquiries concerning the status of the applications to no avail.

## FACTUAL ALLEGATIONS

12.   Plaintiff Yu Chen has an I-140 Immigration Petition for Alien Worker filed on her behalf and the petition was approved. See Exhibit A. Plaintiff Yu Chen filed for adjustment of status on March 25, 2004.  Plaintiff Bin Zhu also filed for adjustment of status at the same time as derivative applicant. I-485 Receipt Notices for Plaintiffs Yu Chen and Bin Zhu are attached.  See Exhibit B.

3

13. Plaintiffs Yu Chen and Bin Zhu had their fingerprints taken first on May 7, 2004. See Exhibit C, Copies of the Fingerprint Notification.

14. Plaintiffs Yu Chen and Bin Zhu had their Biometrics taken again on October 11, 2005.  See Exhibit D, Copies of ASC Appointment Notice.

15. Plaintiffs, through their attorney, sent numerous email inquiries and always received the same response from the US CIS stating that the case was still pending and "the reason that it is still pending is that US CIS is awaiting NAME CHECK results from the FBI. It may have been a long time since we sent the name, but US CIS has no control of the time it takes." See Exhibit E, copies of the inquiries made since March 2005 to December 2006.

16. Plaintiff Yu Chen also sent a FOIPA request to David Hardy, Chief of Record/Information Dissemination Section of FBI requesting for the release of their records. And they received a letter from FBI on November 17, 2006 stating that "We are searching the indices to our central records system at FBI  headquarters for the information you requested, and will inform you of the results as soon as possible". But up to present they did not hear anything from FBI yet.  See Exhibit F, letter from FBI to the Plaintiff.

17. Plaintiff Yu Chen has also sought help from the United States Congressman Mike Honda and received a letter dated October 25, 2006 from Mike Honda stating that he already made an inquiry with the FBI about her adjustment of status case and it will take approximately 45 days to receive a response from the FBI.  See Exhibit G, letter from Congressman Mike Honda to Yu Chen.

18.    The Plaintiff Yu Chen received another letter dated December 8, 2006 from Congressman Mike Honda stating that her name check was still pending and the name check process is administered by the National Name Check Program and involves several layers of review. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In some cases, name checks require further investigation or detailed review. See Exhibit H, letter from Mike Honda to the Plaintiff.

19.    The Plaintiff Yu Chen has made an Infopass appointment on January 5, 2007. See Exhibit I. Up to the present date, almost 3 years after they filed the applications on March 25, 2004, the Plaintiffs still have not received a determination on their applications!

20.    Defendants have sufficient information to determine the Plaintiffs eligibility pursuant to applicable requirements. To date, said applications have not been adjudicated.

21.    Defendants' refusal to act in this case is arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to adjudicate the Plaintiffs application for two year and ten months, thereby depriving the Plaintiffs of the benefit of becoming permanent residents of the United States, and the peace of mind they are entitled to.

22.    Plaintiffs have also been damaged in that they have to apply and renew their employment authorization year after year and pay the filing fees in order to work legally. See Exhibit J. Copies of the Plaintiff Yu Chen's H1B approval notice which will expire on 2/13/2007 and Bin Zhu's  Employment Authorization Card.

23. Plaintiffs have further been damaged by being deprived of the status of lawful permanent residents during the interminable pendency of their various applications. Plaintiffs seek to integrate fully into American life, society and culture. Naturalization as an American citizen, with the rights and privileges inherent therein, depends upon prior permanent resident status for at least 5 years. INA Section 316(a); 8 U.S.C. Section 1427(a)(1). Plaintiffs are therefore being deprived of the right to accumulate the requisite time as permanent residents before they are eligible to apply for naturalization, as a direct result of Defendant's failure to timely adjudicate their applications to adjust status.

24. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. Sections 555(b), 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiffs' applications and have failed to carry out the adjudicative functions delegated to them by law with regard to their application.

25. Plaintiffs have exhausted any administrative remedies that may exist.

## REQUEST FOR RELIEF:

WHWEREFORE, Plaintiffs request that this Court:

1. Accept jurisdiction and maintain continuing jurisdiction of this action;

2. Issue a writ in the nature of mandamus, pursuant to 28 USC § 1361 and 5 USC § 706(1) compelling Defendants and their agents to make a determination of Plaintiffs Yu Chen's and Bin Zhu's applications for adjustment of status;

3. Grant attorneys' fees and costs of this suit under the Equal Access to Justice Act, 28 USC § 2412.

1

    4.  Grant such other relief as this Court may deem just and proper.

2

Respectfully submitted,

3

4

                                                      Attorneys for Plaintiffs

5

6

7

                                                  Tricia Wang
                                                  Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# LIST OF ATTACHMENTS

## Exhibit

A      Copy of the Approval Notice of the I-140 petition on behalf of Yu Chen.

B      Copy of the I-485 Receipt Notice for Yu Chen and her husband Bin Zhu's adjustment of status applications

C      Copy of the Fingerprint Notifications from the CIS.

D      Copy of the ASC Appointment notices

E      Copy of the email inquiries and responses from the CIS from March 2005 to December 2006.

F      Copy of the letter from the FBI responding Plaintiff Yu Chen's FOIPA request.

G      Copy of letter from Congressman Mike Honda stating that it will take about 45 days to get a response from the FBI about the adjustment of status inquiry.

H      Copy of letter from Congressman Mike Honda stating that the name check was still pending.

I      Copy of the Infopass appointment Yu Chen made on January 5, 2007.

J      Copy of Plaintiff Bin Zhu's Employment Authorization cards.

# EXHIBIT  A

Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-122-54308 | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER | | |
|---|---|---|---|
| RECEIPT DATE March 26, 2004 | PRIORITY DATE December 17, 2001 | PETITIONER IMPAC MEDICAL SYSTEMS INC | |
| NOTICE DATE December 17, 2004 | PAGE 1 of 1 | BENEFICIARY A97 856 652 CHEN, YU | |

DAPHNE L. WANG
LAW OFFICE OF DAPHNE L WANG
RE: YU CHEN
57 W EL CAMINO REAL
MOUNTAIN VIEW CA 94040

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203 (b)(3)(A)(i) or (ii)

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 08/31/04) N

# EXHIBIT  B

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-122-54122 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| --- | --- | --- |
| RECEIVED DATE March 25, 2004 | PRIORITY DATE | APPLICANT  A97 856 652 CHEN, YU |
| NOTICE DATE March 29, 2004 | PAGE 1 of 1 | |

| | |
| --- | --- |
| DAPHNE L. WANG LAW OFFICE OF DAPHNE L WANG RE: YU CHEN 57 W EL CAMINO REAL MOUNTAIN VIEW CA 94040 | Notice Type:  Receipt Notice<br><br>Amount received: $  305.00<br>Section: Adjustment as direct<br>beneficiary of immigrant<br>petition |

The above application or petition has been received. It usually takes 730 to 910 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

Form I-797C (Rev. 08/07/03) N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-04-122-54152 | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
|---|---|---|
| RECEIVED DATE March 25, 2004 | PRIORITY DATE | APPLICANT  A97 856 653 ZHU, BIN |
| NOTICE DATE March 29, 2004 | PAGE 1 of 1 | |

DAPHNE L. WANG
LAW OFFICE OF DAPHNE L WANG
RE: BIN ZHU
57 W EL CAMINO REAL
MOUNTAIN VIEW CA 94040

Notice Type:  Receipt Notice

Amount received: $ 305.00

Section: Derivative adjustment

The above application or petition has been received.  It usually takes 710 to 730 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N

# EXHIBIT  C

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE April 12, 2004 |
|---|---|---|---|
| CASE TYPE 1485 | Application To Register Permanent Residence Or Adjust Status | | INS A# A 097 856 652 |
| APPLICATION NUMBER FPS*002400626 | RECEIVED DATE March 25, 2004 | PRIORITY DATE March 25, 2004 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

YU CHEN
c/o DAPHNE L WANG
LAW OFFICE OF DAPHNE L WANG
# 57 W EL CAMINO REAL
RE: YU CHEN
MOUNTAIN VIEW CA 94040

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER INS SAN JOSE 122 CHARCOT AVE. SAN JOSE CA 95131 | DATE AND TIME OF APPOINTMENT 05/07/2004 03:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.   REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*002400626

### WARNING!

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**



# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>April 12, 2004 |
|---|---|---|---|
| CASE TYPE<br>I485    Application To Register Permanent Residence Or Adjust Status | | | INS A#<br>A 097 856 653 |
| APPLICATION NUMBER<br>FPS*002400627 | RECEIVED DATE<br>March 25, 2004 | PRIORITY DATE<br>March 25, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

BIN ZHU
c/o DAPHNE L WANG
LAW OFFICE OF DAPHNE L WANG
# 57 W EL CAMINO REAL
RE: BIN ZHU
MOUNTAIN VIEW CA  94040
|||||||||||||||||||

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | 05/07/2004<br>03:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon      ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.        REPRESENTATIVE COPY

APPLICATION NUMBER
FPS*002400627

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

# EXHIBIT  D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | | NOTICE DATE 09/22/2005 | |
|---|---|---|---|
| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
| 1485  Application to Register Permanent Resident or Adjust Status | | | A097856652 |
| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
| WAC0412254122 | 3 | WSC | 1 of 1 |

YU CHEN
265 FRIAR WAY
CAMPBELL, CA 95008

BIOMETRICS PROCESSING STAMP

ASC SITE CODE:   SUS/SE
BIOMETRICS QA REVIEW BY:
ON  10/11/05
TENPRINTS QA REVIEW BY:
ON  10/11/05

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE | 10/11/2005 |
| 122 CHARCOT AVE. | 12:00 PM |
| SAN JOSE, CA 95131 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon      ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

APPLICATION NUMBER 1
I485  -  WAC0412254122

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

### THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | | | NOTICE DATE 09/22/2005 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A097856653 |
| APPLICATION NUMBER WAC0412254152 | CODE 3 | SERVICE CENTER WSC | PAGE 1 of 1 |

BIN ZHU
265 FRIAR WAY
CAMPBELL, CA 95008

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: _SAN JOSE_
BIOMETRICS QA REVIEW BY:

ON 10/11/05

TENPRINTS QA REVIEW BY:

ON 10/11/05

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE 122 CHARCOT AVE. SAN JOSE, CA 95131 | 10/11/2005 12:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE.** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport,
driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

APPLICATION NUMBER 1
I485  -  WAC0412254152

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# EXHIBIT  E

<mailto:CSC_XII.485@dhs.gov>
]
Sent: Thursday, March 31, 2005 12:44 PM
To: "Iris Pierce"
Subject: Re:A97 856 652/A97 856 653


These cases are undergoing additional security checks.
Please allow 60 days before submitting another inquiry.

Thank you,
Kathleen Bergey
Center Adjudications Officer
Congressional & Consumer Relations Division XII
California Service Center


_____Reply Separator_____
Subject:    A97 856 652/A97 856 653
Author: "Iris Pierce" <SMTP:iris@attorneywang.com>
Date:    03/10/2005 12:21 PM

I am sending this email on behalf of Daphne L. Wang, Esq.

Phone: (650) 390-9888 x 205

Fax: (650) 390-9515

E-Mail:  < mailto:daphne@attorneywang.com
<mailto:daphne@attorneywang.com> >
daphne@attorneywang.com


WAC#:                 WAC-04-122-54122

A#:                   A97 856 652

Date of Filing:       03/29/2004

Type of Application:  I-485

Name of Applicant:    CHEN, Yu

Nature of Inquiry:      Based on USCIS online status check,
you've
received the

     Response to RFE on 01/07/2005. It's been over 60 days, please
proceed
this case ASAP. Thanks!

WAC#:                    WAC-04-122-54152

A#:                      A97 856 653

Date of Filing:          03/29/2004

Type of Application:     I-485

Name of Applicant:       ZHU, Bin

Nature of Inquiry:       Based on USCIS online status check,
you've
received the

    Response to RFE on 01/07/2005. It's been over 60 days, please proceed
this case ASAP. Thanks!


Best Regards,
Iris Liu Pierce
Law Office of Daphne L. Wang
Law Office of Jessica L. Wang
57 W. El Camino Real
Mountain View, CA 94040
Tel: (650)390-9888 x 207; Fax: (650)390-9515
email: < mailto:iris@attorneywang.com <mailto:iris@attorneywang.com> >
iris@attorneywang.com



Bin Zhu <binzhu@gmail.com>

# FW: RE: A97 856 652/A97 856 653 (Chen, Yu and family)

1 message

**Chen, Yu <ychen@impac.com>**                                    Tue, Jan 3, 2006 at 9:34 PM
To: binzhu@gmail.com

-----Original Message-----
From: Iris Pierce [mailto:iris@attorneywang.com]
Sent: Thursday, June 02, 2005 4:34 PM
To: Chen, Yu; nappyhsn@gmail.com
Subject: FW: RE: A97 856 652/A97 856 653 (Chen, Yu and family)

The following is CSC's Response to my follow-up inquiry of your I-485.

Iris

-----Original Message-----
From: 485, CSC XII [mailto:CSC-XII.485@dhs.gov]
Sent: Thursday, June 02, 2005 11:38 AM
To: "Iris Pierce"
Subject: Re:RE: A97 856 652/A97 856 653 (Chen, Yu and family)

This is to inform you that the I-485 in question is still pending. The reason
that it is still pending is that USCIS is awaiting NAME CHECK  results form
the
FBI. It may have been a long time since we sent the name, but USCIS has no
control of the time it takes. We apologize for the delay

Thank You
James A Williams
Center Adjudications Officer
Div XII, California Service Center

_____Reply Separator_____
Subject:    RE: A97 856 652/A97 856 653 (Chen, Yu and family)
Author:  "Iris Pierce" <SMTP.iris@attorneywang.com>
Date:      5/31/05 1:54 PM

I am sending this email on behalf of Daphne L. Wang, Esq.

Phone: (650) 390-9888 x 205

Fax: (650) 390-9515

E-Mail: daphne@attorneywang.com <mailto:daphne@attorneywang.com>

It's been over 60 days since your last respone. Please check the status
of
this
case. Thanks!

| | |
|---|---|
| WAC#: | WAC-04-122-54122 |
| A#: | A97 856 652 |
| Date of Filing: | 03/29/2004 |
| Type of Application: | I-485 |
| Name of Applicant: | CHEN, Yu |
| Nature of Inquiry: received the | Based on USCIS online status check, you've |

Response to RFE on 01/07/2005. Please proceed this case ASAP. Thanks!

| | |
|---|---|
| WAC#: | WAC-04-122-54152 |
| A#: | A97 856 653 |
| Date of Filing: | 03/29/2004 |
| Type of Application: | I-485 |
| Name of Applicant: | ZHU, Bin |
| Nature of Inquiry: received the | Based on USCIS online status check, you've |

Response to RFE on 01/07/2005. Please proceed this case ASAP. Thanks!

-----Original Message-----
From: 485, CSC XII [ mailto:CSC-XII.485@dhs.gov



Bin Zhu <binzhu@gmail.com>

# Status of the security/name check

1 message

**Yu Chen <happyfish@gmail.com>**                          **Tue, Jul 26, 2005 at 10:00 PM**
Reply-To: Yu Chen <happyfish@gmail.com>
To: fbinncp@ic.fbi.gov

Dear Officer,

I and my spouse have filed an application for adjustment of status to
that as of Lawful permanent Resident with the USCIS California Service
Center in March, 2004. Our application is now pending adjudication at
the California Service Center.
I am sending this note to you kindly asking for your office to please
provide the status of the security/name check I believe the USCIS
would have requested upon the filing of our application for adjustment
of status.

Following are the details of our case:
Primary Applicant
Last Name:  CHEN
First Name: YU
DOB:  11/19/1970
USCIS Alien #: A 097 856 652
Address: 265 Friar Way, Campbell, CA 95008
Email: happyfish@gmail.com
Phone: (408) 829-1926

My spouse information:
Last Name: ZHU
First Name: BIN
DOB:  12/06/1973
USCIS Alien #: A 097 856 653
Address: 265 Friar Way, Campbell, CA 95008
Email: binzhu@gmail.com
Phone: (408)580-4634

I may be reached by phone or e-mail if you require any additional
information/documents to address my request. A prompt response will
be greatly appreciated.

Sincerely,

Yu Chen



Bin Zhu <binzhu@gmail.com>

# Name check status

1 message

Yu Chen <happyfish@gmail.com>                                      Thu, Jan 5, 2006 at 8:10 PM
To: fbinncp@ic.fbi.gov

Dear Sir/Madam,

My husband (derivative applicant) and self (primary applicant) have applied for our adjustment of
status on March, 2004 . I understand that a name check is being carried out as part of the process by
your office. I would appreciate if you can let me know if you have completed the checks for us .In case
our name check is pending I would be grateful if you could expedite the same. I would like to thank
your for your understanding in this regard. Our details are as follows

Self
Last Name: CHEN
First Name: YU
DOB: 11/19/1970
USCIS Alien #: A 097 856 652
Address: 265 Friar Way, Campbell, CA 95008
Email: happyfish@gmail.com

Spouse:
Last Name: ZHU
First Name: BIN
DOB: 12/06/1973
USCIS Alien #: A 097 856 653
Email: binzhu@gmail.com

Thanks once again for all your help
Warm regards,
Yu Chen



Yu Chen <happyfish@gmail.com>

# A97 856 652/A97 856 653 (Chen, Yu and family)

2 messages

**Yu Chen <happyfish@gmail.com>**　　　　　　　　　　**Wed, Jan 11, 2006 at 9:55 AM**
To: CSC-XII.485@dhs.gov
Bcc: binzhu@gmail.com

Dear Sir/Madam:

Happy New Year! My name is Yu Chen, my husband and I filed our I-485 applications on March, 2004.
I did the enquiry on our status last June and I was told that our application was pending for FBI name
check. It has been six months since then, and I am wondering if our name check has been cleared and
what is the status now.

Thank you so much for the help and below is our I-485 application information

Sincerely yours,
Yu Chen

Self:
First Name: Yu
Last Name: Chen
Alien #: A 097 856 652
USCIS I-485 receipt # : WAC-04-122-54122
Received Date: March 25, 2004
Notice Date: March 29, 2004


Spouse:
First Name: Bin
Last Name: Zhu
Alien #: A 097 856 653
USCIS I-485 receipt # : WAC 04-122-54152
Received Date: March 25, 2004
Notice Date: March 29, 2004


**485, CSC XII <CSC-XII.485@dhs.gov>**　　　　　　　**Tue, Jan 17, 2006 at 6:39 AM**
To: Yu Chen <happyfish@gmail.com>

This is to inform you that the I-485 in question is still pending. The
reason
that it is still pending is that USCIS is awaiting NAME CHECK results from
the
FBI. It may have been a long time since we sent the name, but USCIS has no
control of the time it takes. USCIS also does not have dates as to when the
names were originally sent to the FBI, we can only confirm that they in fact
were sent. Please allow 120 days before additional inquiries.
Please Note: If the principal is not adjudicated then the derivatives will
NOT

be adjudicated.


Thank You
James A Williams
Center Adjudications Officer
Div XII, California Service Center


_____Reply Separator_____
Subject:    A97 856 652/A97 856 653 (Chen, Yu and family)
Author: "Yu Chen" <SMTP happyfish@gmail.com>
Date:      1/11/2006 12:55 PM

[Quoted text hidden]

Case 5:07-cv-00312-RS    Document 1    Filed 01/17/07    Page 29 of 45

Yu Chen <happyfish@gmail.com>

# I-485 Name Check Status

2 messages

**Yu Chen <happyfish@gmail.com>**                    Tue, May 23, 2006 at 9:37 PM
To: CSC-XII.485@dhs.gov
Bcc: binzhu@gmail.com

Dear Sir/Madam:

My name is Yu Chen, my husband and I filed our I-485 applications on March, 2004.  Last time when I did the enquiry on our status I was told that our application was pending for FBI name check. It has been more than 120 days since then, and I am wondering if our name check has been cleared and what the status is now.

Thank you so much for the help and below is our I-485 application information

Sincerely yours,
Yu Chen

Self:
First Name: Yu
Last Name: Chen
Alien #: A 097 856 652
USCIS I-485 receipt # : WAC-04-122-54122
Received Date: March 25, 2004
Notice Date: March 29, 2004


Spouse:
First Name: Bin
Last Name: Zhu
Alien #: A 097 856 653
USCIS I-485 receipt # : WAC 04-122-54152
Received Date: March 25, 2004
Notice Date: March 29, 2004


**CSC XII 485 <CSC-XII.485@dhs.gov>**                    Thu, May 25, 2006 at 7:59 AM
To: Yu Chen <happyfish@gmail.com>

The California Service Center (CSC) does not accept inquiries from the general public via email. All inquiries must be submitted to the National Customer Service Center by calling *1-800-375-5283.* The National Customer Service Center will route your inquiry to the appropriate USCIS District Office or Service Center, and will track your inquiry to a final resolution.  If you've received a transfer notice regarding your case please inform the National Customer Service Center at the time you submit your inquiry. The National Customer Service is available Monday through Friday, 8:00 AM to 5:00 PM, PST.

**From:** Yu Chen [mailto:happyhsh@gmail.com]
**Sent:** Tuesday, May 23, 2006 10:38 PM
**To:** 485, Csc-XII
**Subject:** I-485 Name Check Status

[Quoted text hidden]



Yu Chen <happyfish@gmail.com>

# FW: 2nd Inquiry (30 days after 1st Inquiry, No Response); CHEN, Yu

1 message

**Iris Pierce <iris@attorneywang.com>**        Tue, Dec 19, 2006 at 3:14 PM
Reply-To: iris@attorneywang.com
To: ychen@impac.com, happyfish@gmail.com

CSC's Response to my inquiry of your I-485, see below.

Iris

-----Original Message-----
**From:** CSC XII 485
**Sent:** Tuesday, December 19, 2006 2:58 PM
**To:** iris@attorneywang.com
**Subject:** RE: 2nd Inquiry (30 days after 1st Inquiry, No Response); CHEN, Yu

The I465 application is awaiting FBI Name Check clearance and will remain in suspended processing until results are received. I have provided a link below that will forward you to our website at www.uscis.gov, specifically to an information sheet related to the review process and what it is comprised of. As the USCIS does not have jurisdiction over the name check process, we are unable to advise on the processing time in relation.

http://www.uscis.gov/files/pressrelease/security_checks_42506.pdf

Thank you.

Christiana Knasiak, CAO

California Service Center

Congressional and Customer Relations

**From:** Iris Pierce [mailto:iris@attorneywang.com]
**Sent:** Monday, November 13, 2006 11:56 AM
**To:** 485, Csc-XII
**Subject:** 2nd Inquiry (30 days after 1st Inquiry, No Response); CHEN, Yu

I am sending this email on behalf of Daphne L. Wang, Esq.

Phone: (650) 390-9888 x 205

Fax: (650) 390-9515

E-Mail: daphne@attorneywang.com


WAC#:            WAC-04-122-54122

A#:                A97 856 652

Date of Filing:      03/29/2004

Type of Application:      I-485

Principal Name:    CHEN, Yu

Nature of Inquiry:   This is to inform you that the Applicant's

                , and based on Visa Bulletin, the visa number became

                available to the applicant since 09/01/2006. Please process this

                case ASAP . Thanks!

# EXHIBIT  F



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

November 17, 2006

MR. YU CHEN
265 FRIAR WAY
CAMPBELL, CA 95008

Request No.: 1062832- 000
Subject: CHEN, YU

Dear Requester:

    ☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

    ☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

    ☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

    ☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

    ☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

    ☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

# EXHIBIT  G

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS AND TRANSIT
——————
COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RESEARCH
ENERGY



WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:    (408) 558-8086
(888) 643-4715
GILROY RESIDENTS: (888) 643-4715

# Congress of the United States
## House of Representatives

October 25, 2006

Ms. Yu Chen
265 Friar Way
Campbell, California 95008

Dear Ms. Chen:

Thank you for contacting me regarding the problem you are having with the Federal Bureau of Investigation.  I am sorry to hear about the difficulties you are experiencing in obtaining the status of your FBI name check.

I have made an inquiry with the Federal Bureau of Investigation on your behalf.  It has been my experience that it takes approximately 45 days to receive a response from the Federal Bureau of Investigation.  Please be advised that I am unable to assure a specific outcome regarding a particular case, or unduly influence the decision of an agency.  However, I may inquire as to the status of your case, obtain additional information, or direct you to appropriate resources or services.   I will contact you as soon as I receive an agency response.

Thank you for allowing me to be of assistance in this matter.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:ABJ

PRINTED ON RECYCLED PAPER

# EXHIBIT  H

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225–2631
FAX:   (202) 225–2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558–8085
FAX:   (408) 558–8086
GILROY RESIDENTS: (888) 643–4715



**Congress of the United States**
**House of Representatives**

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
*RANKING MEMBER*
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

December 8, 2006

Ms. Yu Chen
265 Friar Way
Campbell, California 95008

Dear Ms. Chen:

Thank you for contacting my office regarding your immigration case. I am sorry to hear about the difficulties you are experiencing with your name check. Please be advised that the FBI has verified that your name check was received and is still "pending."

According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete. If your name check is still pending with the FBI after 6 **more** months have passed, please contact my office and I will make another inquiry on your behalf.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

Please be advised that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

MH:ABJ

# EXHIBIT  I



**Name:** **Yu Chen**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SNJ-06-37880

**Authentication Code:** 175d4

**Appointment Date:** **January 5, 2007**

**Appointment Time:** **1:15 PM**

Location: 1887 MONTEREY ROAD, San Jose, CA 95112; LOBBY

## This is your Confirmation Number:



* S N J - 0 6 - 3 7 8 8 0 *

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

* You must appear in person and bring photo identification along with this appointment letter.
* Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
* In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.

# EXHIBIT  J

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>WAC-04-002-50819 | CASE TYPE I129<br>PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE<br>October 2, 2003 | PRIORITY DATE | PETITIONER<br>IMPAC MED SYSTEMS INC |
| NOTICE DATE<br>April 13, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>CHEN, YU |

DAPHNE L. WANG
RE: YU CHEN
57 W EL CAMINO REAL
MOUNTAIN VIEW CA 94040

Notice Type: Approval Notice
Class: H1B1
Valid from 02/14/2004 to 02/13/2007

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt # WAC-04-002-50819
I-94# 544601375 04
NAME CHEN, YU
CLASS H1B1
VALID FROM 02/14/2004 UNTIL 02/13/2007

PETITIONER: IMPAC MED SYSTEMS INC
100 W EVELYN AVE
MOUNTAIN VIEW CA 94041

**544601375 04**

Receipt Number WAC-04-002-50819
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: IMPAC MED SYS

| 14. Family Name<br>CHEN | | |
|---|---|---|
| 15. First (Given) Name<br>YU | | 16. Date of Birth<br>11/19/1970 |
| 17. Country of Citizenship<br>CHINA, PEOPLE'S REPUBLIC OF | | |



U.S. DEPARTMENT OF JUSTICE, Immigration and Naturalization Service

# EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME: ZHU, BIN

INS A# 097-856-653

CARD# WAC0412254208

Birth Date:

Country: People's Republic of

Sex M

[fingerprint not available]

CARD VALID FROM 05/03/04   EXPIRES 05/02/05

NOT VALID FOR REENTRY TO U.S.



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME
ZHU, BIN

A# 097-856-653
CARD # WAC05028750109
Birthdate's Category, Sex
12/24/1975 C09 M
Card Exp
China, People's Republic of

Fingerprint not available

CARD VALID FROM 06/03/05   EXPIRES 06/02/06

NOT VALID FOR REENTRY TO U.S.

