1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division                          *E-FILED 8/22/07*
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12
   YU CHEN and                    )
13 BIN ZHU,                       )
                                  )  No. C 07-0312 RS
14          Plaintiffs,           )
                                  )
15      v.                        )  **STIPULATION TO DISMISS; AND**
                                  )  **[PROPOSED] ORDER**
16 ALBERTO GONZALES, Attorney General )
   of the United States;          )
17 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security; )
18 EMILIO GONZALEZ, Director of United States )
   Citizenship and Immigration Services; )
19 ROBERT MUELLER, Director of the )
   Federal Bureau of Investigations; )
20 CHRISTINA POULOS, Acting Director of the )
   California Service Center, U.S.C.I.S.; )
21                                )
            Defendants.           )
22 _____)

23

24      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

25 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

26 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-0312 RS                              1

| | | |
|---|---|---|
| 1 | Dated: August 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | Dated: August 21, 2007 | /s/ |
| 8 | | TRICIA WANG<br>Attorney for Plaintiff*s* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 21, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-0312 RS                    2